AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 13, Assimilating California PC § 594.2 - Possession of Vandalism Tools;
36 C.F.R. § 2.31 - Vandalism

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Maximum Prison Term 6 Months
Maximum Fine $5,000
Mandatory Special Assessment $10

E-filing

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
▶ RODGER W. MILLER and RONALD J. CURICO

**DISTRICT COURT NUMBER**
CR 07 0447 MAG

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) **WENDY THOMAS**

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 5/15/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____
Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

**E-filing**

**FILED**
JUL 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RODGER W. MILLER, and<br>RONALD J. CURICO,<br><br>          Defendants. | CR No. 07 0447 MAG<br><br>VIOLATION: Title 18, United States Code, Section 13, assimilating California Penal Code, Section 594.2 – Possession of Vandalism Tools (Class B Misdemeanor); Title 36, Code of Federal Regulations, Section 2.31(a)(3) – Vandalism (Class B Misdemeanor)<br><br>SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: 18 U.S.C. § 13, assimilating California Penal Code § 594.2 – Possession of Vandalism Tools

   On or about May 15, 2007, in the Northern District of California, within the boundaries of the Golden Gate National Recreational Area, the defendants,

RODGER W. MILLER, and
RONALD J. CURICO,

possessed vandalism tools, to wit, wire cutters, screw drivers, and vise grips, in violation of

INFORMATION

Title 18, United States Code, Section 13, assimilating California Penal Code, Section 594.2, a Class B Misdemeanor.

COUNT TWO: 36 C.F.R. § 2.31(a)(3) – Vandalism

On or about May 15, 2007, in the Northern District of California, within the boundaries of the Golden Gate National Recreational Area, the defendants,

RODGER W. MILLER, and
RONALD J. CURICO,

destroyed, injured, defaced, and damaged property, in violation of Title 36, Code of Federal Regulations, Section 2.31, a Class B Misdemeanor.

DATED: July 12, 2007

SCOTT N. SCHOOLS
United States Attorney

IOANA PETROU
Chief, Major Crimes Section

(Approved as to form: 
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION