AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☑ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 31 PM 12:21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
[illegible] CALIFORNIA

---OFFENSE CHARGED---

36 C.F.R. § 2.31(a)(3) - Vandalism (B. Misd.); 18 USC 13, assim. Cal. PC § 466 - Poss. of Burglary Tools (B. Misd.); 18 USC 13, assim. Cal. H & S § 11364 (B. Misd.)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

DEFENDANT - U.S.

▶ RODGER W. MILLER and RONALD J. CURICO

DISTRICT COURT NUMBER
CR 07-0447 MAG

PENALTY:
Maximum Prison Term 6 months
Maximum Fine $5,000
Mandatory Special Assessment $10

---DEFENDANT---

**IS *NOT* IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

---PROCEEDING---
Name of Complaintant Agency, or Person (&Title, if any)

United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.
MAGISTRATE CASE NO.

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

07 OCT 31 PM 12: 21

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-0447 MAG |
|---|---|
| Plaintiff, | ) VIOLATIONS: Title 18, United States Code, Section 13, assimilating California Penal Code, Section 466 - Possession of Burglary Tools (Class B Misdemeanor); Title 36, Code of Federal Regulations, Section 2.31(a)(3) - Vandalism (Class B Misdemeanor); Title 18, United States Code, Section 13, assimilating California Health and Safety Code, Section 11364 - Possession of Instruments for Smoking Controlled Substances (Class B Misdemeanor) |
| v. | |
| RODGER W. MILLER, and RONALD J. CURICO, | |
| Defendants. | |
| | ) SAN FRANCISCO VENUE |

SUPERSEDING INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 2.31(a)(3) - Vandalism

On or about May 15, 2007, in the Northern District of California, within the boundaries of the Golden Gate National Recreational Area, the defendants,

RODGER W. MILLER, and
RONALD J. CURICO,

SUPERSEDING INFORMATION
CR 07-0447 MAG

destroyed, injured, defaced, and damaged property, in violation of Title 36, Code of Federal Regulations, Section 2.31(a)(3), a Class B Misdemeanor.

COUNT TWO: 18 U.S.C. § 13, assimilating Cal. Penal Code § 466 - Possession of Burglary Tools

On or about May 15, 2007, in the Northern District of California, within the boundaries of the Golden Gate National Recreation area, the defendants,

RODGER W. MILLER, and
RONALD J. CURICO,

possessed burglary tools, to wit: wire cutters, screw drivers, and vice grips, with the intent to use such items to commit a misdemeanor, in violation of Title 18, United States Code, Section 13, assimilating California Penal Code, Section 466, a Class B Misdemeanor.

COUNT THREE: 18 U.S.C. § 13, assimilating Cal. Health and Safety Code § 11364 - Possession of Instruments for Smoking Controlled Substances

On or about May 15, 2007, in the Northern District of California, within the boundaries of the Golden Gate National Recreational Area, the defendant,

RODGER W. MILLER,

possessed a device, contrivance, instrument, or paraphernalia, to wit: a pipe used for unlawfully smoking cocaine base, in violation of Title 18, United States Code, Section 13, assimilating California Health and Safety Code, Section 11364, a Class B Misdemeanor.

DATED: 10/31/2007

SCOTT N. SCHOOLS
United States Attorney

KYLE WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

SUPERSEDING INFORMATION
CR 07-0447 MAG