United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR07-00447-2 (JCS) |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| RONALD J. CURICO, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Judgment and Sentencing hearing before Magistrate Judge Spero previously noticed for Friday, February 15, 2008, at 10:30 a.m., has been reset to **THE SAME DAY, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: February 12, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: /s/ Karen L. Hom
Karen L. Hom
Courtroom Deputy