1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OR ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, CA 94103
3  (415) 431-4500

4  Attorney for Defendant
   RODGER MILLER
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0447 JCS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING SURRENDER DATE |
| vs. | |
| RODGER MILLER, | |
| Defendant | |

IT IS HEREBY STIPULATED between the parties that the date for defendant Rodger Miller to surrender in to the custody of the United States Marshal is extended from February 22, 2008 to March 14, 2008 at 12:00 noon. This stipulation is based on the attached document from the UCSF Medical Center noting Mr. Miller's admission in to the UCSF hospital in the early

///
///
///

1  morning hours of February 22, 2008.
2  SO STIPULATED.
3
4  Dated: 2/24/08

WENDY THOMAS
Assistant United States Attorney

7
8  Dated: February 22, 2008

ROBERT WAGGENER
Attorney for Defendant
RODGER MILLER

11  IT IS SO ORDERED.

13  Dated: _____

The Honorable Joseph C. Spero
MAGISTRATE JUDGE OF THE UNITED
STATES DISTRICT COURT

STIP/ORDER EXTENDING SURRENDER DATE        2