02/11/2008 02:26 PM EDT

Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | RODGER MILLER | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611015585 | 1 | PR | 10.00 | 02/08/2008 |

Case No. DCAN307CR000447    US V MILLER

Division Payment Total    10.00

Grand Total    10.00

$10.00 SPECIAL ASSESSMENT PAID IN FULL
on 2-8-08

Page 1 of 1