02/28/2008 05:53 PM EDT

Version 7.0.1

## Case Debt Type Payment Report
## U.S. Courts

San Francisco

Case No. DCAN307CR000447 — US V MILLER

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | RODGER MILLER | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611015585 | 1 | PR | 10.00 | 02/08/2008 |
| 002 | RONALD JAMES CURICO | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 3461015883 | 1 | PR | 10.00 | 02/15/2008 |

Division Payment Total   20.00

Grand Total   20.00

Page 1 of 1

$10.00 SPECIAL ASSESSMENT PAID IN FULL

on 2-15-08